## No. 17,810.

J. H. LITTRELL, ET AL. *v.* FRANK ORECCHIO, ET AL.

(297 P. [2d] 283)

Decided May 14, 1956.    Rehearing denied June 4, 1956.

Mr. JOHN STUMP WITCHER, for plaintiffs in error.

No appearance for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.